IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DUWAUN K. GATLIN, # R5071**                                      **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 5:07-cv-154-DCB-MTP**

**MDOC RECORDS DEPARTMENT AND**
**DORTHY JOHNSON**                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  14th   day of September, 2007.


                                                         s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE